**WILSON ELSER**
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

MICHAEL P. LOWRY, ESQ.
Nevada Bar No. 10666
E-mail: Michael.Lowry@wilsonelser.com
JONATHAN C. PATTILLO, ESQ.
Nevada Bar No. 13929
E-mail: Jonathan.Pattillo@wilsonelser.com
6689 Las Vegas Boulevard South, Suite 200
Las Vegas, NV 89119
Tel: 702.727.1400/Fax: 702.727.1401
Attorneys for Leonardo M. Bustamante

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Judith Hesterley, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>Leonardo Mark Bustamante, Performance Food Group, Inc., Doe 1-10,<br><br>Defendants. | Case No.: 3:23-cv-383<br><br>**Leonardo Bustamante's Petition for Removal** |

Leonardo M. Bustamante petitions to remove this case to the United States District Court for the District of Nevada from the Second Judicial District Court for the State of Nevada. This petition for removal is signed per Rule 11.

Removal is appropriate per 28 U.S.C. § 1441 because diversity jurisdiction is present per 28 U.S.C. 1332. Plaintiff alleges she is a citizen of Nevada.[1] As alleged in the complaint, Bustamante is a citizen of California.[2] Information filed with the Nevada Secretary of State indicates Performance Food Group, Inc. is a Colorado corporation with its principal place of business in Virginia.

Plaintiff alleges injury from an accident occurring on July 27, 2021.[3] Although the complaint does not specify the amount in controversy, before suit was filed Plaintiff submitted a

---

[1] ECF No. 1-2 at ¶ 1.
[2] *Id.* at ¶ 2.
[3] ECF No. 1-2 at ¶ 8.

285565413v.1

1  letter to Defendants alleging her injuries have caused her to incur medical bills of at least
2  $159,065.83.[4]  The letter also indicated Plaintiff will be pursuing damages for lost earnings and
3  earning capacity.[5]
4       Bustamante timely petitioned for removal within 30 days of being served on July 16,
5  2023.[6]  Attached to this petition are copies of all process, pleadings, and orders served upon him
6  in the state court action.
7       DATED this 3rd day of August, 2023.



BY: */s/ Michael Lowry*
    MICHAEL P. LOWRY, ESQ.
    Nevada Bar No. 10666
    JONATHAN C PATTILLO, ESQ.
    Nevada Bar No. 13929
    Attorneys for Leonardo M. Bustamante

---

[4] ECF No. 1-4 at 2.
[5] *Id*. at 1.
[6] ECF No. 1-3.

**Certificate of Service**

Pursuant to FRCP 5, I certify that on August 3, 2023, I served **Leonardo Bustamante's Petition for Removal** as follows:

☐ by placing same to be deposited for mailing in the United States Mail, in a sealed envelope upon which first class postage was prepaid in Las Vegas, Nevada;

☒ via electronic means by operation of the Court's electronic filing system, upon each party in this case who is registered as an electronic case filing user with the Clerk;

| | |
|---|---|
| Yan Kenyon<br>7881 W. Charleston Blvd., Suite 165<br>Las Vegas, NV 89117<br>Attorneys for Judith Hesterley | Galloway & Jensen<br>222 California Ave.<br>Reno, NV 89509<br>Attorneys for Judith Hesterley |

BY:  */s/ Michael Lowry*

-3-

285565413v.1