

MICHAEL P. LOWRY, ESQ.
Nevada Bar No. 10666
E-mail: Michael.Lowry@wilsonelser.com
JONATHAN C. PATTILLO, ESQ.
Nevada Bar No. 13929
E-mail: Jonathan.Pattillo@wilsonelser.com
6689 Las Vegas Boulevard South, Suite 200
Las Vegas, NV 89119
Tel: 702.727.1400/Fax: 702.727.1401
Attorneys for Leonardo M. Bustamante

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Judith Hesterley, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>Leonardo Mark Bustamante, Performance Food Group, Inc., Doe 1-10,<br><br>Defendants. | Case No.: 3:23-cv-383-LRH-CSD<br><br>**Stipulation and Order to Amend Caption** |

    The parties stipulate to dismiss Performance Food Group, Inc., without prejudice and replace it in the caption with PFG Transco, Inc. All references in the complaint to Performance Food Group, Inc. will be deemed a reference to PFG Transco, Inc., without requiring Plaintiff to file an amended complaint. A proposed, amended caption is attached to this stipulation. If this stipulation is approved, PFG Transco, Inc. further waives service of process.

| | |
|---|---|
| WILSON ELSER<br><br>BY: */s/ Michael Lowry*<br>MICHAEL P. LOWRY<br>Nevada Bar No. 10666<br>Attorneys for Leonardo M. Bustamante | YAN KENYON<br><br>BY: */s/ Jay Kenyon*<br>JAY KENYON<br>Nevada Bar No. 6376<br>Attorneys for Judith Hesterly |
| | It is so ordered.<br>DATED: August 14, 2023<br><br>_____<br>UNITED STATES MAGISTRATE JUDGE |

285765830v.1

1 **Amended Caption:**

2

3 **UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**
4

5  Judith Hesterley, an individual,    Case No.: 3:23-cv-383-LRH-CSD

6                     Plaintiff,

7   vs.

8  Leonardo Mark Bustamante,  PFG Transco, Inc., Doe 1-10,

9

10                     Defendants.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

285765830v.1