Jay Kenyon, NV Bar No. 6376
jay@yan-kenyon.com
YAN KENYON
7881 West Charleston Blvd, Suite 165
Las Vegas, NV 89117
*Attorney for Plaintiff*

Graham Galloway
Nevada State Bar No. 221
Galloway & Jensen
222 California Avenue
Reno, Nevada 89509
(775) 333-7555
*Attorneys for Plaintiff*

# DISTRICT COURT

## WASHOE COUNTY, NEVADA

JUDITH HESTERLEY,

    Plaintiff,

v.

LEONARDO MARK BUSTAMANTE, PERFORMANCE FOOD GROUP, INC. DOE 1-10,

    Defendants.

CASE NO: 3:23-cv-383-LRH-CSD

**STIPULATION TO EXTEND THE TIME FOR INITIAL EXPERT DISCLOSURES**

    The parties hereto, by and through their respective counsel, hereby agree and stipulate to extend the time for initial expert disclosures by thirty days. Expert disclosures were originally due December 14, 2023, and now will be due January 15, 2024. The extension is due to the Plaintiff's recent hip replacement surgery on November 20, 2023, and will allow the parties time to obtain all the records associated with the surgery and allow experts time to evaluate those records.

**GALLOWAY & JENSEN**
222 California Ave
Reno, NV 89509
(775) 333-7555

1

AFFIRMATION Pursuant to NRS 239B.030: The undersigned does hereby affirm that the preceding document does not contain the social security number of any person.

**IT IS SO STIPULATED:**

Dated this 15th day of December, 2023.   Dated this 15th day of December, 2023.
GALLOWAY & JENSEN                          WILSON ELSER

By: /s/ *Graham Galloway*                  By: /s/ *Michael P. Lowry*
    GRAHAM GALLOWAY                         MICHEAL LOWRY
    NSB No. 221                             NSB No. 10666
    222 California Avenue                   6689 Las Vegas Blvd South Ste. 200
    Reno, Nevada 89509                      Las Vegas, NV 89119
    *Attorneys for Plaintiff*               *Attorneys for Defendants*

IT IS SO ORDERED.

DATED: December 18, 2023.

_____
UNITED STATES MAGISTRATE JUDGE