**WILSON ELSER**
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

MICHAEL P. LOWRY, ESQ.
Nevada Bar No. 10666
E-mail: Michael.Lowry@wilsonelser.com
JONATHAN C. PATTILLO, ESQ.
Nevada Bar No. 13929
E-mail: Jonathan.Pattillo@wilsonelser.com
6689 Las Vegas Boulevard South, Suite 200
Las Vegas, NV 89119
Tel: 702.727.1400/Fax: 702.727.1401
Attorneys for Leonardo M. Bustamante; PFG Transco, Inc.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Judith Hesterley, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>Leonardo Mark Bustamante, PFG Transco, Inc., Doe 1-10,<br><br>Defendants. | Case No.: 3:23-cv-383-LRH-CSD<br><br>ORDER GRANTING<br><br>**Motion to Substitute Counsel** |

Defendants substitute Theodore Parker III, Esq. as their counsel of record in the place Michael P. Lowry, Esq. and Jonathan C. Pattillo, Esq.

DATED this 12th day of February, 2024.

LEONARDO MARK BUSTAMANTE and PFG TRANSCO, INC.

BY: */s/ Leonardo Mark Bustamante and PFG Transco, Inc.*

292175374v.1

Theodore Parker, III agrees to appear as the attorney of record for defendants in 3:23-cv-383.

DATED this 12th day of February, 2024.

PARKER, NELSON & ASSOCIATES, CHTD.

*/s/ Theodore Parker III, Esq.*
THEODORE PARKER III, ESQ.
Nevada Bar No. 4716
2460 Professional Court, Suite 200
Las Vegas, NV 89119
Tel: 702.686.8000/Fax: 702.686.8001

Michael P. Lowry and Jonathan C. Pattillo agree to the substitution of Theodore Parker, III as attorney of record for defendants in 3:23-cv-383.

DATED this 13th day of February, 2024.

WILSON ELSER
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

BY: */s/ Michael Lowry, Esq.*
MICHAEL P. LOWRY
Nevada Bar No. 10666
JONATHAN C. PATTILLO
Nevada Bar No. 13929
6689 Las Vegas Boulevard South, Suite 200
Las Vegas, NV 89119
Tel: 702.727.1400/Fax: 702.727.1401

IT IS SO ORDERED.

DATED: February 14, 2024.

_____
UNITED STATES MAGISTRATE JUDGE

-2-

292175374v.1