# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

JUDITH HESTERLY,

    Plaintiff

v.

LEONARDO MARK BUSTAMANTE, et al.,

    Defendants

Case No.: 3:23-cv-00383-ART-CSD

**Order**

Re: ECF No. 36

Plaintiff has filed a motion to compel and request for sanctions. (ECF Nos. 36, 36-1 to 36-4.) Preliminarily, the motion does not comply with the court's Civil Standing Order which sets forth the process for informally attempting to resolve a discovery dispute before filing a formal motion to compel. (ECF No. 5.) The motion must be titled as a "Motion Regarding Discovery Dispute" and is limited to **5 pages**, and must contain certain provisions. Moreover, Plaintiff's motion fails to comply with Local Rule IA 1-3(f)(2), which provides that a declaration must state all meet and confer efforts, including the time, place, manner, and participants, and contain a certification that despite sincere efforts to resolve or narrow the dispute, the parties were unable to do so. The failure to comply with this rule is grounds for denial of the motion. LR IA 1-3(f)(4). For these reasons, Plaintiff's motion (ECF No. 36) is **DENIED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

Dated: October 18, 2024

                                                             Craig S. Denney
                                                             United States Magistrate Judge