UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JUDITH HESTERLEY,<br><br>Plaintiff,<br><br>v.<br><br>LEONARDO MARK BUSTAMANTE, PFG TRANSCO, INC., DOE 1-10,<br><br>Defendants. | Case No. 3:23-cv-00383-ART-CSD<br><br>**ORDER GRANTING**<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, JUDITH HESTERLEY, by and through her attorney of record, Robert Jensen, Esq. and Cody M. Oldham, Esq., of Jensen Oldham Personal Injury Law and Jay Kenyon, Esq., of Yan Kenyon, and Defendants, LEONARDO MARK BUSTAMANTE and PFG TRANSCO, INC., by and through their attorneys of record, Theodore Parker, III, Esq. and Mahogany Turfley, Esq., of Parker, Nelson & Associates, Chtd., hereby

///

///

///

///

///

///

stipulate to dismiss the above-captioned suit with prejudice with each party bearing their respective attorney's fees and costs.

IT IS SO STIPULATED.

DATED this 14th day of August, 2026.

**JENSEN OLDHAM PERSONAL INJURY LAW**

*/s/ Robert R. Jensen*
**ROBERT R. JENSEN, ESQ.**
Nevada Bar No. 2558
**CODY M. OLDHAM, ESQ.**
Nevada Bar No. 14594
203 S. Arlington Avenue
Reno, Nevada 89501
*Attorneys for Plaintiff*

**JAY KENYON, ESQ.**
Nevada Bar No. 6376
**YAN KENYON**
7881 West Charleston Blvd, Suite 165
Las Vegas, NV 89117
*Attorneys for Plaintiff*

DATED this 14th day of August, 2026.

**PARKER NELSON & ASSOCIATES, CHTD.**

*/s/ Mahogany Turfley*
**THEODORE PARKER, III, ESQ.**
Nevada Bar No. 4716
**MAHOGANY TURFLEY, ESQ.**
Nevada Bar No. 13974
2460 Professional Court, Suite 200
Las Vegas, Nevada 89128

*Attorneys for Defendants,*
*Leonardo Mark Bustamante and PFG Transco, Inc.*

## ORDER

Pursuant to the Stipulation between Plaintiff and Defendants, the above-captioned suit is dismissed with prejudice with each party bearing their respective attorney fees and costs.

IT IS FURTHER ORDERED that the Clerk of the Court shall dismiss this action, and close the case.

**IT IS SO ORDERED.**

DATED this 17th day of August , 2026.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE